**John D. SEXTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54229.**

Missouri Court of Appeals,
Western District.

Oct. 28, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

John D. Sexton appeals the motion court's denial of his Rule 29.15 motion for postconviction relief without an evidentiary hearing. We find that Mr. Sexton's motion was untimely filed and, therefore, affirm the motion court's ruling. Because a published opinion would have no precedential value, we affirm by this summary order and have furnished the parties with a memorandum setting forth our reasoning. Judgment affirmed. Rule 84.16(b).